UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Mary Huston v. Bayer HealthCare*　　　　No. 13-cv-10646-DRH
*Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on January 7, 2016, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

　　　　　　　　　　　　　　　　　　JUSTINE FLANAGAN,
　　　　　　　　　　　　　　　　　　ACTING CLERK OF COURT

　　　　　　　　　　　　　　　　　　BY:  /s/*Caitlin Fischer*
　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.01.07 20:52:08 -06'00'

APPROVED:
　　　　DISTRICT JUDGE
　　　　U. S. DISTRICT COURT